

# U.S. District Court

### Virginia Eastern - Norfolk

Receipt Date: Sep 26, 2023 3:54PM

JANE DOE

| Rcpt. No: 200002424 | Trans. Date: Sep 26, 2023 3:54PM | | | Cashier ID: #TL |
|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $402.00 |

Total Due Prior to Payment: $402.00
Total Tendered: $402.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments:** 2:23cv470

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.