United States District Court - Eastern District of Virginia
Walter E. Hoffman H.S Courthouse
600 Granby Street
Norfolk, Virginia 23510                                              10/16/2023

Dear Honorable District Judge Raymond A. Jackson,

Hello Honorable Judge Jackson, I understand with the recently filed Sept. 26 2023 case # 2-23cv470 that you have been assigned to the case. I've appreciated the pro se civil process thus far in the Eastern District Federal Court process being so helpful. That being said I have since been made aware that the University defendant to this case is a place of which you attended during your years studying and pursuing your degrees sir. Your Honor upon knowledge of such case facts and inevitable biases due to your prior history of attending and supporting Norfolk State University, I would be remiss if I would not put in my request, if you have not already decided to do so, on your behalf with all fairness sir to please be recused from the case. This request is for no other reason than the Honorable Judge Raymond A. Jacksons prior attendance of the defendants institution Norfolk State University. Thankyou for accepting my request to be recused from the case 2-23cv470 Thank you Honorable Judge Jackson sir.

Sincerely,

Jane Doe Plaintiff Case #  2-23cv470

120 Kidd Blvd. Norfolk VA 23502

cc: Norfolk State University (Tonya White)
700 Park Ave, Norfolk VA 23504

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing

(1) _Letter with Judge recusal request_, was mailed this (2) __16__ Day of (3) __October__, to (4) __Norfolk State University (Tonya White)__ at (5) __770 Park Ave Norfolk VA 23502__.

_____
(Your Signature)

### Instructions

YOU must send a copy of every motion, pleading or document to the defendant(s) or counsel for defendant(s). If you do not send a copy to the defendant(s) or counsel for the defendant(s), the court will not be able to consider your document.

You must prepare and submit one certificate of service for EACH motion, pleading, or document you wish to have considered by the court.

Complete each blank as directed:

(1) Describe the document you are submitting to the court and sending to the defendant(s). (Remember: you should attach a Certificate of Service to each motion, pleading, or document you wish to have considered by the court.)

(2) Day of the month that you give the document to officials for mailing to the defendant(s) or counsel for the defendants(s).

(3) Month and year.

(4) Name of person(s) to whom you are sending a copy of the document. If you send it directly to the defendant(s), list each defendant to whom you send a copy. If you send it to counsel for the defendant(s), list only the name(s) of counsel.

(5) Address(es) that copy is being mailed to.

**NOTE: YOU MUST SIGN THIS FORM.** The court will not accept this form without an original signature.