UNITED STATES DISTRICT COURT : EASTERN DISTRICT OF VIRGINIA

FILED
NOV 1 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

JANE DOE

Plaintiff,

v.

Case No.: # 2-23cv470

NORFOLK STATE UNIVERSITY,

BOARD OF VISITORS OF NORFOLK STATE UNIVERSITY,

Defendant.

Nov.1 2023

This motion is to strike the defendant's request to have extended time to formulate a response. I find having been through 10 year suffering of sexual abuse and childhood work slavery to a minor by an NSU employee that happened on the University's grounds long enough. The decade long abuse caused and is still causing distress to the plaintiff far too long already as well as the following factual allegations. The plaintiff Jane Doe now declares this court recognizes she is being attacked by another one of NSU employees. Jane Doe is in a lawsuit where her biological uncle holds the position that her childhood abuser used to carry. An NSU employee is now violating her 5th and 14th constitutional amendments. NSU is supporting and through employment the defendant who is protecting and employing and providing him with income while he is violating the US Constitution against Doe. Jane Doe strikes the motion for the defendant to extend time to respond, as she is currently being attacked fiscally by her biological uncle who holds the position that her former abuser held. She sees the constant attacks by NSU employees reprehensible. The Norfolk State University employee related to the plaintiff is furthering committing §18.2-178 against the plaintiff see Case no #CL191173 , where she is being robbed by a fiduciary who holds a position at Norfolk State University. Through vicarious liability he made phone calls at work to defraud the plaintiff of her inheritance. Claiming his fiduciary as an executor was not his day job and he had to get back to work triggered and further damaged Jane Doe by an NSU employee committing more crime against the plaintiff§ 18.2-178 while at place of employment. With ongoing criminal activity by an NSU employee now where Jane Doe was deceived that she was not a beneficiary to an estate the NSU employee was executor to. With NSU harboring the minor girl to be sexually abused and used as free childhood work labor at their University. She was in harm's way and could have been killed by optical engineering lasers as they were used to scare her into coercion that she could be killed by lasers as she was in the room by Michael Williams employee put her in fear by using the NSU equipment. NSU is the only Engineering Dept. in Virginia with this Optical Engineering program as well as the only accredited program in Virginia and it caused much harm to the underage girl who was threatened to perform sex acts as she was told the room she was in had lasers that could kill her. Doe will be asking this Optical Engineering be unaccredited as the lab which is only one in five in the country that is accredited. Jane Doe will formally be seeking to have this department to be unaccredited now. Due to negligence and unprofessional bawdy workplace. Jane Doe is aware NSU is seeking the funding of 2024 to extend the STEM program to k-12. Jane Doe sees it imperative to write the minors on campus policy as requested in the

pleading or removed from STEM funding. You can thank me later that without the Conviction of Michael Williams by Jane Doe he today would be working at the University instead now accompanying the elementary and middle school students by the state funded STEM program. However I will be writing to the State Department of Education to have NSU removed from this funding list and not able to participate with the minors as NSU will need to create their minors on campus policy and make whole the damaged Jane Doe.

The plaintiff recalls performing childhood work labor tasks, forced labor and human trafficking for sex at the University such as copying, cleaning, running papers, filling copiers, answering phones,operating golf carts to transport people and equipment, watering plants, running technology and equipment between locations, printing and making labels to organize etc. as well as being a face of the University at First View events and other tasks at the University unlawful. This childhood sex trafficking, sex slavery, and workplace child slavery under Federal law. A white person minority at a historically black university used power to coerce and abuse the minor at NSU. Jane Doe performed work tasks on a regular basis while at the University and forced sexual acts, she asks the slavery stop and criminal activity against her. She has been used and abused at that University. It was not normal activities and should not be normalized whatsoever. I will formally subpoena all persons involved in this case that are and were employed and witnessed the frequency of which Jane Doe attended the University. I will formally subpoena all of Prathap Bassapah technology as Michael Williams abuser in the lawsuit frequented his place of residency to leave Jane unattended in Prathap residence while Michael and Prathap stayed in a back room for hours to find the activities between the two. Prathap Bassapah testified NSU employees testified in support of Williams where Williams got convicted for Exploitation and childhood sex abuse by a guardian in North Carolina. NSU should be condemned immediately, make Doe whole with just compensation as well as a formal apology, written policy to prevent further bawdy crime and be lawful or the school be shut down. Jane Doe furthermore has made verbal motions to the defendant's attorney and now makes this court aware they have a conflict of interest as her husband is cousins with a partner of the firm. The plaintiff further worked on said partner of McguireWoods John Adams former candidate for Attorney General's campaign and she has put in to the defendants legal representative that they have a conflict of interest. Why didn't you approach me before the 21 days of quiet time let up? I was open to mitigate , how come you missed the deadline and didn't come to me, you have had three weeks to come to me. I have a winning conviction in North Carolina against your employee. Your honor the defendant has missed the 21 days I now request formally ask to have judgment declared against NSU and to award the 75 million to Jane Doe and have the policy written to prevent any further abuse on campus grounds by an employee to any child regardless of race, creed, religion or origin and all damages made whole with just compensation to the plaintiff and given her an Honorary degree.

Jane Doe,

CC. NORFOLK STATE UNIVERSITY Tonya White

Mcguire Woods LLP Heidi Sigmund

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing

(1) Motion to strike or deny time extension, was mailed

this (2) 1 Day of (3) November, to (4) NSV, Mcguire

woods LLP at (5) 700 Park Ave,

Norfolk, VA 23502.

(Your Signature)

**Instructions**

YOU must send a copy of every motion, pleading or document to the defendant(s) or counsel for defendant(s). If you do not send a copy to the defendant(s) or counsel for the defendant(s), the court will not be able to consider your document.

You must prepare and submit one certificate of service for EACH motion, pleading, or document you wish to have considered by the court.

Complete each blank as directed:

(1) Describe the document you are submitting to the court and sending to the defendant(s). (Remember: you should attach a Certificate of Service to each motion, pleading, or document you wish to have considered by the court.)

(2) Day of the month that you give the document to officials for mailing to the defendant(s) or counsel for the defendants(s).

(3) Month and year.

(4) Name of person(s) to whom you are sending a copy of the document. If you send it directly to the defendant(s), list each defendant to whom you send a copy. If you send it to counsel for the defendant(s), list only the name(s) of counsel.

(5) Address(es) that copy is being mailed to.

**NOTE:** YOU MUST SIGN THIS FORM. The court will not accept this form without an original signature.