IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Norfolk Division)

| | |
|---|---|
| **JANE DOE,**<br><br>   **Plaintiff,**<br><br>v.<br><br>**NORFOLK STATE UNIVERSITY,**<br><br>   **Defendant.** | Case No. 2:23-cv-470 |

### DEFENDANT NORFOLK STATE UNIVERSITY'S
### MOTION FOR DISCLOSURE OF JANE DOE'S IDENTITY

  Defendant Norfolk State University ("NSU"), by counsel, and for the reasons set forth in the accompanying Memorandum in Support, respectfully requests that the Court enter an Order requiring Jane Doe to disclose her identity to NSU and its counsel within three (3) days of the date of such Order.

Dated:  November 21, 2023

                   Respectfully submitted,

                   **NORFOLK STATE UNIVERSITY**

                   /s/ Heidi E. Siegmund
                   Jackie L. White (VSB No. 96317)
                   McGuireWoods LLP
                   1750 Tysons Boulevard
                   Suite 1800
                   Tysons, VA 22102
                   Telephone: (703) 712-5474
                   Facsimile:  (703) 712-5206
                   jwhite@mcguirewoods.com

          Heidi E. Siegmund (VSB No. 89569)
          McGuireWoods LLP
          Gateway Plaza
          800 East Canal Street
          Richmond, VA  23219
          Tel:    (804) 775-1000
          Fax:   (804) 775-1061
          hsiegmund@mcguirewoods.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2023, a copy of the foregoing was filed electronically using the CM/ECF system, and a hard copy was mailed to Plaintiff via certified mail at:

120 Kidd Boulevard
Norfolk, VA 23502

/s/ Heidi E. Siegmund
Heidi E. Siegmund (VSB No. 89569)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel:   (804) 775-1000
Fax:   (804) 775-1061
hsiegmund@mcguirewoods.com

*Counsel for Defendant*