UNITED STATES DISTRICT COURT : EASTERN DISTRICT OF VIRGINIA

JANE DOE

*Plaintiff,* 12/6/2023

v. Case No.:# 2-23cv470

NORFOLK STATE UNIVERSITY,

BOARD OF VISITORS OF NORFOLK STATE UNIVERSITY,

*Defendant.*

FILED
DEC - 6 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**MOTION TO REQUEST TRAUMA INDUCED COURT SETTLEMENT REVIEW**

I Jane Doe, Make this motion December 6, 2023 I hereby again ask for the mercy of the court as a pro se litigant. I not only am representing myself here currently but am representing all Minors on Campus being transported to and from Norfolk State University as the claim NO. 2-23cv470 and its entirety is one that has all children and youth as well as persons situated at Norfolk State University in mind. In order to be reasonable to protect the future surroundings at Norfolk State University and avoid further gross negligence the following would have to be made.

Confidential mediation overseen by the Federal Court, monetary settlement a part of confidential settlement, The plaintiff is asking for damages award amount of 75 million dollars, to improvise and implement the New Minors on Campus Policy, & an Honorary PhD from Norfolk State University to the plaintiff.

The Honorable Judge understands , There is no statute of limitations of theFelony crime in Virginia.

Jane Doe being a proven survivor having a winning criminal conviction against the NSU former student and then NSU faculty member Michael Williams. In 2012 Dept of Social Services and again finally criminally in 2016.

Jane Doe has won criminal convictions in North Carolina represented by NC for Sex abuse of a minor from a guardian, the NSU employee Michael Williams and sexual exploitation. This conviction ended the career and convicted NSU employee to NC Central Prison who was the NSU employee that harmed the minor child Jane Doe. As damages occurred where I was sex trafficked and the Mann Act violated where I was abused repeatedly for 10 years.

Jane Doe requests a trauma induced court settlement review to avoid inducing further trauma to the survivor.

Jane Doe requests a motion trauma induced court settlement review for confidential federal court settlement overview.

Nothing can be done to undo what happened at Norfolk State to the plaintiff, by a Norfolk State Employee to the underage minor who was held on campus against her will under coercion by the NSU employee. That's the definition of exploitation that was many of the abuses. Today's University has a responsibility to protect and support former students and alumni and all persons invited onto the campus, particularly minor children treated as an invitee to the campus. The University has duty to act once notified upon these and sworn statements are factual as per criminal trial convictions of their employee. The exposure to child labor trafficking, exposure to child sex trafficking and exploitation leaves everyone in harm's way at the University. In order to be reasonable, and responsive to the actual facts Jane Doe makes this court as well as the University aware of their horrid past, that NSU employee got convicted to 26 years to NC central prison factually and to be prudent to make up for their downfalls in the past. The confidential Settlement is just an initial offer to restorative justice, however with the request for the University to make a Minors on Campus policy, as well as monetary settlement to Doe for 75 million dollars, as well as the offer of an Honorary PhD degree. A federal court overseeing a confidential settlement to show good faith of an institution not intending to continue allowing liabilities and episodic abuse would mean to make an offer to settle damages and improve the workplace environment at Norfolk State University.

The plaintiff is in good faith being vigilant and bringing light to a dark truth that NSU is a bawdy place and when the well being of children are involved, nothing is more important than the health and safety of the children in our community.

Norfolk State University is lacking in prudence being they have violated the Clery Act, the Mann Act and gross negligence and were condemned for violating this federal act , that being the Clery Act during the same years while Doe was abused there. Norfolk State University on behalf of The Commonwealth should be mediating their grounds in policy and the dark past that is their employee trafficked an underage minor to NSU during his work shift to sexually molest a minor while on the clock of NSU. The NSU Employee was sentenced to 26 years to State penitentiary.

Jane Doe was brutally molested by an NSU employee that was allowed to bring the underage minor child across state lines violating the Mann Act with him to the campus

of Norfolk State University to have her available for sex. To harbor her until he could illegally commit sex crimes for near or around 10 years to exploit and abuse the minor at his place of employment. Norfolk State former employee was criminally convicted for 26 years to NC PRISON for Sexually abusing and exploitation to a minor, Jane Doe.

The original complaint claims made in Case NO 2-23cv470 clearly states NSU being grossly negligent for violating the Mann Act, NSU benefiting from child free labor as clearly stated in the prayer for relief.

Jane Doe suffered damages from all the free labor NSU took advantage of which caused Jane Doe losses to her health, safety, well being and educational opportunities away from their grounds which was unsafe as Jane Doe sexually abused at NSU also suffered child labor working for free for Williams NSU employee whom NSU benefited from.

I have evidence I will present to the court as per the FBI 7/9/07 detective James Faulkner. The Commonwealth of Virginia is violating the 5th and 14th Virginia is violating the constitution of Virginia see Commonwealth of Virginia Vs. Paul Davis. March 25 2021, Virginia Beach, VA in Honorable Judge Kevin Duffins courtroom, Where evidence showed the Commonwealth filed false applications to USDOT for federal funding violating the 5th and 14th constitutional rights at the time of their claiming immunity. The Commonwealth does not qualify for immunity as the plaintiff's current address is where the Commonwealth of Virginia violated the US constitution, the defendant wrongfully claims they have immunity when they are violating the Constitution therefore NSU being a part of Virginia does not have immunity for Jane Doe. The Commonwealth does not have immunity as ( *Fitzpatrick V Bitzer)* Commonwealth violated 18 USC 371.

Your Honor, does the juvenile Jane Doe age 6- 16 get any protection legal representation supported by the Dept. of Justice, being represented by the Commonwealth of Virginia who as a juvenile was sexually trafficked and abused at Norfolk State University? She should be treated as a juvenile minor as the case occurred during the years of childhood which is such waiver is relevant I, Jane Doe was a missing child from Virginia lost in the system, abused at Norfolk State I request my claim of Gross negligence and violations of the Mann Act be settled in a timely manner to avoid further trauma induced by The Commonwealth attempts to cover up crime against a victim. It occurred during the constitution being violated NSU has no immunity from the abrogation of sovereign immunity. NSU furthermore seeks no immunity as they were breaching and violating the Mann Act while serial predation of a minor occurs against Jane Doe. I request the Commonwealth of Virginia represent

As a minor child during the crimes committed in the Commonwealth of Virginia at Norfolk State University we bequest the Attorney General to actually represent Jane Doe as she is the minor child of a victim of crime now making charges in Virginia and requires representation by the Attorney General's Jason Miyares office. Who is in support of anti trafficking and claims to be combating human trafficking and has now been formally requested by child surviving victim of sex crimes in Virginia.

Virginia's charges are being formally brought at the federal magistrate and for conspiring to attempt felony kidnapping of Jane Doe, this Norfolk State employee currently still working for the University; we are now seeking the criminal convictions and initiating investigations of Prathap Bassappa currently working for NSU.

The Commonwealth of Virginia has a duty to protect underage minors that reporting crime Doe requests the court to treat her as a minor being that the incidences are when she was a minor, by mercy of the court the state via General Assembly waive their own immunity that is abrogated by( *Fitzpatrick V Bitzer)* Where Doe's is currently having her constitutional rights violated, and the further harassment is civil rights violation as Doe has winning conviction , beside myself that with winning conviction as an underage minor, The Commonwealth has yet to recognize Jane Doe as an underage minor which the Commonwealth has a requirement to represent the underage minor which reporting crime. with the overwhelming response to fight upholding protection of youth minors on Campus they are funding.

The Commonwealth of Virginia should've incited their own investigation once this claim was reported, as this is further gross negligence to claim A pro se attorney should request a waiver for the commonwealth to waive immunity under Bell v/ Charlottesville Dept of Child Protective Services as mentioned in the argument, therefore with no Statute of limitations for felony crime in Virginia , and honoring mercy of the court for proper filings and confidential monetary settlements and all prayer for relief as aforementioned be made toward restorative justice.

Doe did not suffer any damages from a third party as defendants claim , Doe was trafficked against her will for free labor to Norfolk State University and tortured there by being sexually exploited and abused by NSU employees. If NSU had a childcare location on campus then they should've enforced the youth minor to be in a childcare location, but to allow the minority white employee to abuse his position of power to harbor a minor to be used as free labor and sexually assaulted at the campus is not a third party but directly invited by the University to be harmed at the University and not property looked after via vicarious liability for causing her harm while on the clock supposed to be working for

NSU causing Jane Doe damages for the gross neglect and violations of the mann act while exploitation of a minor occurs.

The Plaintiff requests a Trauma Induced Settlement Review to avoid further trauma to the Jane Doe. Jane Doe has already proven the NSU employee guilty. The plaintiff furthermore requests The Commonwealth of Virginia initiate their own investigation into Norfolk State University making sure there are no children currently being harbored on campus as they have not mitigated Jane Doe's requested minors on campus policy. Jane Doe has damages from Norfolk State University.

Jane is currently seeking legal counsel advice on possible settlement currently with negotiations with NSU to help further mitigate, however asks for the mercy of the court as a pro se litigant as The District Attorney of North Carolina advised Doe to seek damages in appropriate states where any abuse occurred to her. She is seeking to improve the grounds of Norfolk State as well as seek the damages from Norfolk State Jane Doe has directly from the Universities gross negligence and violation of the Mann act and Exploitation.

Your Honor, NSU a part of The Commonwealth of Virginia has no immunity FBI resource way 509 Resource Row Chesapeake, VA 23320 stated that that Virginia violated the 5th and 14th constitutional rights at my current address 120 Kidd Blvd Norfolk VA 3502in Virginia and therefore has abrogated its own 11th amendment by violating the constitution and has no immunity. Where The Commonwealth of Virginia took private property for public use without due process or just compensation. I am aware and have the evidence while the facts of this case see March 25 2021 precedent Commonwealth of Virginia Vs. Paul Davis where case was dismissed because of our evidence showing the Commonwealth's evidence inadmissible and their immunity abrogated *(Fitzpatrick v. Bitzer)* were occurring I have won on in court against the NSU employee where I was abused a minor child I am asking for 75 million dollar settlement to a cashiers check , the Improvise and implementation of the minors on campus policy and an honorary phD to Jane Doe for gross negligence, violations of the mann act, while violating clery act and sexual exploitation of a minor and child labor exploitation. To avoid further harm happening to children underage minors and youth persons anywhere on the campus of Norfolk State University, where Jane Doe was invited, allowed on campus and where security unlocked doors for her to go into where she would be sexually abused at as she was harbored there at 10 -12 hour intervals day in and day out as a little girl where she was sexually abused by the NSU employee at work being paid by NSU who repeatedly allowed the girl on campus who was being exploited against her will and underage minor Jane Doe being coerced by NSU employee who then allowed her onto campus. One time is too many, there was one victim to Michael Williams that convicted him and there is one victim standing up and saying this happened there and Norfolk State University currently has a problem, as the survivor I am asking for the mercy of

the court to not castigate the trauma survivor pro se litigant on procedural error or inadequacies and one child this happening to is too many!

Jane Doe

Jane Doe

12/6/23

Cc Tonya White Presidents office Norfolk State University 770 Park Ave, Norfolk VA 23504

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing

(1) MOTION TO COURTS ,was mailed

this (2) 6 Day of (3) December 2023 to (4) ~~770~~ Tonya Whitt at (5) 770 Park AVE Norfolk VA 23504.

(Your Signature)

**Instructions**

YOU must send a copy of every motion, pleading or document to the defendant(s) or counsel for defendant(s). If you do not send a copy to the defendant(s) or counsel for the defendant(s), the court will not be able to consider your document.

You must prepare and submit one certificate of service for EACH motion, pleading, or document you wish to have considered by the court.

Complete each blank as directed:

(1) Describe the document you are submitting to the court and sending to the defendant(s). (Remember: you should attach a Certificate of Service to each motion, pleading, or document you wish to have considered by the court.)

(2) Day of the month that you give the document to officials for mailing to the defendant(s) or counsel for the defendants(s).

(3) Month and year.

(4) Name of person(s) to whom you are sending a copy of the document. If you send it directly to the defendant(s), list each defendant to whom you send a copy. If you send it to counsel for the defendant(s), list only the name(s) of counsel.

(5) Address(es) that copy is being mailed to.

NOTE: YOU MUST SIGN THIS FORM. The court will not accept this form without an original signature.