UNITED STATES DISTRICT COURT : EASTERN DISTRICT OF VIRGINIA

JANE DOE

*Plaintiff,*

v. Case No.:# 2-23cv470

NORFOLK STATE UNIVERSITY,

BOARD OF VISITORS OF NORFOLK STATE UNIVERSITY,

*Defendant.*

FILED

DEC 15 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**Motion for Exclusionary Rule & Deprivation of Rights under Color Of Law**

This motion being made Dec. 15, 2023 is to request an exclusionary rule hearing, to dismiss any evidence The Commonwealth brings as it is inadmissible as per the United States Constitution. The precedent March 25 2021, *Commonwealth of Virginia Vs. Paul Davis* where the case brought by The Commonwealth was dismissed on behalf of the constitutional violation against the estate and members of the estate one being Jane Doe where private property was taken without due process or just compensation in Norfolk and is an ongoing violation of the 5th and 14th constitutional rights..

The plaintiff too has an ongoing case in Isle of Wight where she seeks her damages where she had property and her 5th and 14th constitutional rights violated where the NSU employee her biological uncle did not willfully act out his fiduciary duty under 18.2-508.

18 U.S.C. § 242 Deprivation of Rights Under Color of Law protects the plaintiff to move forward as well as does not protect the defendant's immunity as it becomes abrogated and waives immunity under the deprivation of rights under color of law.

The Case made Oct 2023 this claim 2-23cv470, we ask this court to recognize an advisory opinion that her constitutional rights and civil rights being that there is a winning criminal conviction against the NSU employee March 18 2016 as this civil case is about an actual controversy being that the plaintiff suffered her damaged at the defendants property by their employees committing felony crime at their property harboring and perpetrating sexual crimes and other crimes against a minor at Norfolk State for a period near or around 10 year time span.

Advisory opinion as before mentioned to have a trauma induced settlement under the color of law that the Norfolk State University does not have sovereign immunity as per the exclusionary

rule hearing, as well as it being a part of The Commonwealth of Virginia and by *Fitzpatrick Vs. Bitzer* having lost their immunity and the 11th amendment has become abrogated. The Loss to the plaintiffs Civil Rights, and Civil rights deprived under Color of Law by the actual controversy which caused her damages that the pro se plaintiff requests A Declaratory Judgment Act, 28 U.S.C. § 2201 to have a trauma induced settlement.

The Following codes are being referred to from the supporting documents submitted by the plaintiff to support the civil claim and further investigations.

Title 18, U.S.C., § 241 - Conspiracy Against Rights the Criminally convicted Michael Williams and colleague Dr. Prathap Basappa threatened to kidnap and transport Jane Doe to India internationally, Two people conspiring to kidnap Jane Doe and deprive her of all her rights by shipping the underage minor girl to India where Dr. Basappa was from.

18 U.S.C. §1201 Federal kidnapping (Attempt) Currently employed by Norfolk State University, Dr. Prathap Basappa threatened and conspired to take in Jane Doe to take her place from Michael Williams and put a red dot on her head ( like in India) using intimidation to have her shipped away to India. Threatening Jane Doe life, liberty putting her in fear for her life.
This occurred multiple times by the two conspirators.

18 U.S.C. §1204 – International parental kidnapping. ( attempt )

18 U.S.C.§ 1589 makes forced labor a federal offense, described as knowingly providing or obtaining the labor or services of someone using force, threats of force, physical restraint, or fraud.

18 USC§ 2421 Mann Act

18 USC§ 2422 Transportation for sex

18 USC§ 2423 Transportation of minors for sex

18 USC § 1591 Sex trafficking of children by force, fraud, or coercion;

Trafficking Victims Protection Act (TVPA);

18 USC 2421 Mann Act

18 U.S. Code 2427 - Inclusion of offenses relating to child porn;

This motion to have an exclusionary rule hearing , as the Norfolk State University a part of The Commonwealth of Virginia does not have Sovereign immunity. Whereas the plaintiff is having her constitutional rights violated at her current residence domiciled in The Commonwealth of Virginia. Furthermore a part of the Deprivation of rights under the color of law also waives immunity for the Norfolk State University employees and property and entity as a whole who was gross negligent and vicariously and directly harmed and caused the plaintiff damages . Norfolk State University caused Jane Doe damages as they used her there for free labor and where she was transported to NSU to have sexual crimes perpetrated against her such as child rape, mollestation of a minor, harboring on their bawdy grounds for sex abuse of a minor by the NSU employee. Dr Basappa and Williams, two NSU employees threatening and conspiring to kidnap Jane Doe to take her overseas to Dr. Basappas home country India, to force her to live there and put a red dot on her head. Jane Doe who was being abused at NSU allowed her to be brought there under coercion causing the plaintiff hardships and damages as she has had her civil rights violated. As mentioned in the prayer for relief we are asking for the following from the gross negligence and violation of the Mann act and kidnapping, harboring and exploiting a minor that caused her harm and damages. Jane Doe asked for the following, An honorary doctorate degree from Norfolk State University. Seventy five million dollar settlement for damages. To incite and initiate a minors on campus policy to provide structure to their own employees and persons of which Norfolk State University is responsible for.

I too respond now to document 13 & 14 submitted by defendants counsel to decline revealing identity as protected anonymity with sex crimes especially involving being then a minor child and due anonymity protection of such sensitive subjects. The Honorable Federal court honored the pleading under Jane Doe as did the State of North Carolina in the winning conviction trial against NSU employee and I now pray for relief to ask to move this court forward to a Trauma induced Settlement review that there is no evidence admissible by the defendant to avoid and prevent further trauma to the surviving plaintiff.

Jane Doe,

[signature]

CC: Tonya White 770 Park Ave Norfolk VA 23504

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing

(1) MOTION FOR EXCLUSIONARY RULE + Deprivation of RIGHTS, was mailed

this (2) 15 Day of (3) DECEMBER 2023, to (4) Tonya

White NSU PRESIDENTS OFFICE at (5) 770 Park Place

Norfolk VA 23504.

(Your Signature)

**Instructions**

YOU must send a copy of every motion, pleading or document to the defendant(s) or counsel for defendant(s). If you do not send a copy to the defendant(s) or counsel for the defendant(s), the court will not be able to consider your document.

You must prepare and submit one certificate of service for EACH motion, pleading, or document you wish to have considered by the court.

Complete each blank as directed:

(1) Describe the document you are submitting to the court and sending to the defendant(s). (Remember: you should attach a Certificate of Service to each motion, pleading, or document you wish to have considered by the court.)

(2) Day of the month that you give the document to officials for mailing to the defendant(s) or counsel for the defendants(s).

(3) Month and year.

(4) Name of person(s) to whom you are sending a copy of the document. If you send it directly to the defendant(s), list each defendant to whom you send a copy. If you send it to counsel for the defendant(s), list only the name(s) of counsel.

(5) Address(es) that copy is being mailed to.

NOTE: YOU MUST SIGN THIS FORM. The court will not accept this form without an original signature.