IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Norfolk Division)

| | |
|---|---|
| **JANE DOE,**<br><br>       **Plaintiff,**<br><br>v.<br><br>**NORFOLK STATE UNIVERSITY,**<br><br>       **Defendant.** | Case No. 2:23-cv-470 |

**DEFENDANT NORFOLK STATE UNIVERSITY'S OPPOSITION TO PLAINTIFF'S MOTION "TO REQUEST TRAUMA INDUCED COURT SETTLEMENT REVIEW"**

Defendant Norfolk State University ("NSU"), by counsel, responds as follows in opposition to Plaintiff's Motion "To Request Trauma Induced Court Settlement Review" (the "Motion," ECF No. 16).

Much of the Motion appears to reiterate and/or expand on the meandering allegations in Doe's Complaint. Affording the Motion the liberal construction afforded to *pro se* plaintiffs, however, NSU interprets the Motion as requesting a settlement conference, in which Doe seeks to obtain "a Minors on Campus policy, as well as monetary settlement to Doe for 75 million dollars, as well as the offer of an Honorary PhD degree." (Motion at 2.)

In light of Doe's demand, and for reasons further explained in NSU's pending Motion to Dismiss (ECF No. 6), as well as its Motion for Disclosure of Doe's Identity (ECF No. 13), NSU feels strongly that a settlement conference would not be productive at this juncture and would not be an effective use of the parties' or the Court's resources. Accordingly, NSU respectfully requests that the Motion be denied.

Dated:  December 20, 2023

        Respectfully submitted,

        **NORFOLK STATE UNIVERSITY**

/s/ Heidi E. Siegmund  
Jackie L. White (VSB No. 96317)  
MCGUIREWOODS LLP  
1750 Tysons Boulevard  
Suite 1800  
Tysons, VA 22102  
Telephone: (703) 712-5474  
Facsimile:  (703) 712-5206  
jwhite@mcguirewoods.com

Heidi E. Siegmund (VSB No. 89569)  
MCGUIREWOODS LLP  
Gateway Plaza  
800 East Canal Street  
Richmond, VA  23219  
Tel:     (804) 775-1000  
Fax:    (804) 775-1061  
hsiegmund@mcguirewoods.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2023, a copy of the foregoing was filed electronically using the CM/ECF system, and a hard copy was mailed to Plaintiff via certified mail and FedEx at:

>120 Kidd Boulevard
>Norfolk, VA 23502

>/s/ Heidi E. Siegmund
>Heidi E. Siegmund (VSB No. 89569)
>MCGUIREWOODS LLP
>Gateway Plaza
>800 East Canal Street
>Richmond, VA 23219
>Tel:   (804) 775-1000
>Fax:   (804) 775-1061
>hsiegmund@mcguirewoods.com
>
>*Counsel for Defendant*