UNITED STATES DISTRICT COURT : EASTERN DISTRICT OF VIRGINIA

JANE DOE
    Plaintiff,

v.                            Case No.:# 2-23cv470

NORFOLK STATE UNIVERSITY,

BOARD OF VISITORS OF NORFOLK STATE UNIVERSITY,

    Defendant.



FILED
MAR 5 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

### Motion for Addendum of Statement of Claim 18 USC 1204 International Parental Kidnapping Crime 29 USC 212

This Motion made ~~21st day of February, 2024~~ 5th March 2024 is to support the criminal charges being made in proper jurisdiction against Dr. Prathap Bassapa. Dr. Bassapa attempted to kidnap Jane Doe by threatening to International Kidnapping by threatening to take Jane Doe to India, his home country. Numerous times, Dr. Basappa of Norfolk State University who hired Michael Williams and was Michael Williams professor while Williams was a student. Dr. Prathap Basapa violated child labor laws allowing Jane Doe to work for free for the Commonwealth of Virginia in Norfolk State University, Dr Basappa allowed Williams to work for Jane Doe for purposes to benefit the state with child labors. Jane Doe was requested and required to fulfill the duties that they requested Williams and Bassapa to fulfill duties in communication, answering phones, carrying equipment, making deliveries, watering plants, maintaining copiers, cleaning, driving golf carts, maintaining an office, Norfolk State University's Prathap Bassapa threatened Jane Doe multiple times from his place of employment to threaten Jane Doe to follow Mr Williams orders or Dr Basappa would be glad to take Doe with him to India to work there. Jane Doe was promised by Basappa and Williams to be in a learning environment and to be there for learning and benefit for the University. Jane Doe is requesting this move to a trauma induced settlement

1/2

as well as request bench warrants be made for Dr. Prathap Bassapa whom threatened to conspire with two or more. Mr. Williams and Dr. Bassapa threatened to internationally kidnap Jane Doe and deprive her of her rights as an American citizen minor girl Jane Doe threatened by the Dr. Prathap Bassapa whom hired Michael Williams . Dr. Bassapa threatened in person at Norfolk State to take Jane Doe to India as well as over the phone when Williams would call him to talk about Jane Doe. Jane Doe spent hours at Prathap Basappa personal property all by herself alone in his apartment while Williams and Bassapa disappeared for hours.

Jane Doe,

*/s/ Jane Doe*

CC: Tonya White 770 Park Ave Norfolk VA 23504

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____ DIVISION

Jane DOE
_____
Plaintiff(s),

v.

Civil Action Number: 2-23cv470

NORFOLK STATE UNIVERSITY
_____
Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of (1) MOTION FOR ADDENDUM STATEMENT OF CLAIM
(Title of Document)
(2) MOTION TO SUBMIT testimony w/ Evidence EXPERT WITNESS

Jane DOE
_____
Name of Pro Se Party (Print or Type)

_[signature]_
Signature of Pro Se Party

Executed on: 3/5/2024 (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of Pro Se Party (Print or Type)

_____
Signature of Pro Se Party

Executed on: _____ (Date)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing

(1) _Jane Doe_ ,was mailed this (2) _5_ Day of (3) _March_, to (4) _2024_ _Tonya White_ at (5) _Norfolk State University_.

_____
(Your Signature)

### Instructions

YOU must send a copy of every motion, pleading or document to the defendant(s) or counsel for defendant(s). If you do not send a copy to the defendant(s) or counsel for the defendant(s), the court will not be able to consider your document.

You must prepare and submit one certificate of service for EACH motion, pleading, or document you wish to have considered by the court.

Complete each blank as directed:

(1) Describe the document you are submitting to the court and sending to the defendant(s). (Remember: you should attach a Certificate of Service to each motion, pleading, or document you wish to have considered by the court.)

(2) Day of the month that you give the document to officials for mailing to the defendant(s) or counsel for the defendants(s).

(3) Month and year.

(4) Name of person(s) to whom you are sending a copy of the document. If you send it directly to the defendant(s), list each defendant to whom you send a copy. If you send it to counsel for the defendant(s), list only the name(s) of counsel.

(5) Address(es) that copy is being mailed to.

**NOTE: YOU MUST SIGN THIS FORM.** The court will not accept this form without an original signature.