UNITED STATES DISTRICT COURT : EASTERN DISTRICT OF VIRGINIA

JANE DOE

*Plaintiff,*

v. Case No.:# 2-23cv470

NORFOLK STATE UNIVERSITY,

BOARD OF VISITORS OF NORFOLK STATE UNIVERSITY,

*Defendant.*

**MOTION OF AMENDED COMPLAINT CRIMES PENDING .**

**CLAIM *amended***

On September 11, 2024 Jane Doe satisfies the request of the Honorable court to file an amended complaint. The plaintiff is praying for relief to protect the plaintiff from further damages and to continue pursuing life liberty and property without the harms and damages from the defendant./s The Civil rights claim and Federal Question by Jane Doe, the reasonably diligent plaintiff files that not only due to ongoing criminal investigations by the Digital Forensic investigation as well as the Laboratory division investigation team at the Federal Bureau of Investigation that she is a federal witness and has been affected by harassment further by other parties such as the media group WTKR as part e E.W. Scripps Company and the defendant Norfolk State University. Because Jane Doe still is a Federal witness, victim of crime and having her 5th and 14th constitutional rights violated and all rulings except for due process are null and void. See case no. CL 19001173-00. All other filings and pleadings by the defendant until due process and just compensation are null and void by The US Constitution as Fruit of the Poisonous tree and harassment. Immediately I ask for settlement in my favor and per the US Constitution I ask for a settlement in my favor because they have no actions that The defendant can take as they are null and void as I am having my constitutional rights violated case no. CL 19001173-00., I'm asking

for a settlement for Judicial review conference date to be set on the docket please at the courts discretion of earliest date where we can attend the settlement review conference and finish this. That all other rulings and filings by the defendant as fruit of the poisonous tree while Jane Doe's constitutional rights are violated the 5th and 14th constitutionally protected and being violated. This requested amendment is diligent to the court as with the same request for relief for damages to Jane Doe that happened to her at Norfolk State University as a youth minor as result of NSU employees' negligent and damaging actions. & added defendant EW Scripps WTKR.

Jane Doe is still awaiting for a formal subpoena and FOIA by the Currituck County prosecutor of which The NC District Attorney gave her guidance to go after other places where the abuse occurred in its proper jurisdiction. Can the court issue a bench order for the Currituck County to answer the FOIA as per law required. There are violations to Federal law which pertains to this case, the proven exploitation charges and mann act violations too many for the proven survivor to count. Mann Act and abduction happened so often it is too confusing for the mind to conceive upon trauma as well. Over 30 and 40 and 50 dates that would have to be recalled of the Mann act violations. The State Crime Lab at the North Carolina Department of justice contains evidence pertinent to this case where evidence through processes with the circuit court in the North Carolina jurisdiction have been sought and will be submitted to the proper Investigation departments for prosecution of crimes against the diligent plaintiff. This case filing against Norfolk State University, a part of their employees' conduct directly which harmed Jane Doe at the University was given direction by The State of North Carolina prosecutor in which the District Attorney when she won convictions of Williams to continue prosecuting the guilty involved in exploitation of underage minor Jane Doe harmed by sex exploitation as a minor at

Norfolk State University. With The crimes to Jane Doe having occurred at Norfolk State University where damages have not been made whole.

Is it ok while the proven survivor then underage minor while having her constitutional rights violated that being the 5th and 14th constitutional amendments violated where private property was sold without due process or just compensation? Further more to have been abducted, promised a degree by employees upon being told to cooperate to work for the Norfolk State University against her will to stay being abducted.

Jane Doe proven survivor has investigations ongoing with Federal offices, The State Crime Lab at North Carolina Department of Justice is ascertaining via mailed request all forensic evidence as well as further details to further support the criminal charges left to be served against Norfolk State employees and officials. The Plaintiff while having constitutional rights violated currently as a resident in stake see US Federal Case no. 24 cv 399. This constitutional violation is directly harming her as a federal witness of such a case and seeking damages in The Virginia Circuit Court see case no 2- 23 cv 470. The plaintiff is a proven survivor against The Norfolk State Employee which convicted Norfolk State employee to 24 years to Federal Prison, The Plaintiff is seeking the following charges as of late to this ongoing case to a violation and deprivation of rights under the Color of Law.

§8.01-34 when contribution among wrongdoers enforced

Violation of the Mann Act Supervisor Prathap Basappah did transport Jane Doe across state lines by taking Jane Doe to The NSU employee house proven child sex exploiter Michael Williams. Michael Williams lived across the street from an Elementary school and had the supervisor take Jane Doe across state lines for sex in violation of the Mann Act. And any charges brought further by forensic and detectives.

Michael Williams and Prathap Basappa ( Currently employed at Norfolk State University ) threatened to kidnap Jane Doe internationally and threatened to Ship Jane Doe to India where Prathap Basappa was from, § 18.2-47, and § 18.2-49. Threatening, attempting, or assisting in such abduction; penalty. Threatened for Abduction and kidnapping defined; forced labor; punishment. Furthermore each time in the original pleading where Jane Doe's timeline has detailed is an allowance to the property to further be neglected by The Norfolk State faculty and staff in charge.Violation to Child Labor Laws, Treating Jane Doe as a business invitee and putting her to work to save Commonwealth resources. The University claimed Jane Doe was eligible for a degree for race and that she was in training to be a student while she was put to work. The Norfolk State employee did violate § 18.2-47. Abduction and kidnapping defined; forced labor; punishment. Prathap Basappa contained Jane Doe kept her there against her will to work for the Engineering / computer sciences Department for them performing tasks. The abduction of Jane Doe gets more horrific throughout the years of the forced abduction of Prathap Basappa where he told Jane Doe she must cooperate with Williams whom Prathap Basappah hired and was supervisor of Williams. Michael Williams criminal offender number #1498865 convicted in North Carolina Prison. The two Michael and Prathap threatened to ransom Jane Doe's Grandmother that they would steal Jane to offer ransom to get paid to find Jane Doe from Jane Does biological grandmother. Bullying her asking did she thought her grandmother would pay ransom to come look for Jane Doe. All statements made by diligent plaintiff of events occurred At Norfolk State and are factual are sworn at the time of filing into the Honorable court to all statements to be true to this United States Federal Court.

STATEMENT OF CLAIM continued .... Ongoing criminal investigations are ongoing towards Current Norfolk State Employees, Thank you for judicial settlement review because the 5th and

14th constitution , as the 5th amendment requires just compensation due The proven survivor requested a trauma settlement conference. The Proven survivor is a victim that's still being harmed by news agencies, and Norfolk State University. Criminal investigations are ongoing towards Current Norfolk State Employees for abduction of Jane Doe and violations to work labor laws and negligence to a minor.

**STATEMENT OF CLAIM**

1. Upon Graduating from Norfolk State University Michael Williams was hired to the University on or around 2002.
2. In or around 2004, Jane Doe was in the 3rd grade and forced and allowed to attend the First View Event and was illegally fondled by Mr. Williams at the University before the event by Michael Williams and during breaking from display setups in the office while the rest of the body of people were distracted at the First View event.
3. On or around 2006 at the engineering building where Human Resources was on the top floor, Michael Williams had an office in the back of a surplus classroom. Which meant it was full of equipment, furniture, and air conditioning amongst many other items and things being tossed out. Jane Doe was in what was called the back of the surplus classroom that hid the wood door in the back where the office hid with no windows in either office or surplus classroom. There was an office that was assigned to Mr. Williams where the fellatio, illegal touching of a minor, and constant harboring to invoke an attack against her during the duration of the entire work shift.
4. That dark office in the back of the surplus room is where she got attacked and told by Mr. Williams multiple times to not tell anyone because he said he could do what he wanted there. Williams forced himself on the 10 or 11 year old Doe. She was forced

to remove her clothes so he could see her he wanted her to with the door closed at the Campus.

5. This happened multiple times in back of the surplus room office where she also was forced into penile vaginal penetration at age 13.

6. Jane Doe overheard fellow NSU employee Cheryl Woolridge complaining about how Michael Williams would never let Jane Doe have with her or leave the room with her on or about 2007-2008, go for walks or anywhere. She has since in discussion called this odd behavior looking back.

7. Cheryl Woolridge reports today in conversation the unbelievable frequency with which Willams would bring minor Jane Doe to the campus, is unfair.

8. Woolridge recalls that she had since discussed with Jane Doe about Lisa who was a student teacher who complained of it being unfair that she couldn't bring her son with her to the Campus whenever she wanted because the office would be full if they all brought in children to work as much as Williams. Williams brought Jane Doe into the campus over the summer, teacher work days, spring breaks, and frequently during his 10 hour plus shifts.

9. Jane Doe recalls being a child underneath the desk across the classroom and overhearing Lisa and Cheryl talking about how it wasn't fair that Michael Williams was able to bring her with him all day when he was at work and they couldn't bring all of their kids.

10. When being brought onto the University, security would acknowledge the underage minor at times, this brings the university acknowledgement through security at times if an NSU security was in the parking booth. These occurrences would then become

long periods of up to 10 and 12 hours where in these hours illegal sexual activity harmed Jane Doe and the minor was forced and allowed to be at NSU against her will.

11. There were multiple occasions when president Washington of the Dept. would step in and notice Doe in the office, he was aware that by reason of questioning that his employee brought Doe to work with him, Washington asked was she going to be there for the entire work shift with him? Washington did fur an eyebrow in explaining that he was aware of Williams working a long shift at the University asking would Doe be there for the entire shift. Williams had already trained Doe to not act bothered for being there even though it was torture to her. Williams replied of her maturity and that she wouldn't bother anyone that she was so mature Williams would remark.
12. On or around 2006 Jane Doe remembers when her school was closed for a teacher work day leaving Michael Williams a vantage point to bring 10 year old Jane to work with him. Doe being so young was still afraid of elevators and the disappointing feeling of the false sense of security from the University Williams pants undone and hearing the belt come undone as he sat in the desk chair size green pants on the floor the NSU employee exposed his genitals below his desk to Jane Doe forced to use her hands and nails to fondle scratch Mr Williams genitalia at his desk in a classroom with no windows in the back of two surplus rooms door shut that early morning at Norfolk State University. She would be on the campus well past 7 p.m. that day.
13. The back surplus classrooms are assigned near Prathap Bassapah. ( Prathap would later serve Mr. Williams in support of him as a witness when Mr Williams was convicted with Exploitation of a minor 3 counts First Degree.

14. From North Carolina to Norfolk State Williams trafficked Doe against her will to perform fondling and forced exposure of genitalia. Williams would force her into wearing clothing that would easily expose her but not get attention at The University. While The University is paying him.

15. Jane was having a panic like state from being forced to be at NSU getting up at 5:30 a.m. The coffee pot Jane was being requested to rinse out got smashed in the sink from the stress that day of being in a state of panic.

16. Dr. Kyo Song was so familiar with the victim Jane Doe that he gave her a totem from his country and a Korean totem chain for her to keep he had come to know and was familiar with seeing Jane Doe on campus during Williams work shifts.

17. On or around 2007 These were the construction years at this time in the 6th grade worse because of the construction the office was scattered, and demolition there caused an incident for penetration against Jane Doe by the Norfolk State Employee that brought her across The NC/ VA State line and regularly into the University grounds to isolate her for an entire work day to await the opportunity to assault Jane Doe making inappropriate touches, isolation, and illegal sexual activity at Norfolk State University.

18. During these years of construction, in 2007 an incident where Jane Doe was forced against her will to go to the University she remembers the nonchalant response by NSU security when she tried to tell NSU security she wasn't his daughter and trying to get his attention at the entry of the sometimes manned security booth. Jane got punished by Williams for trying to bring attention to herself while on campus and commanded her to not ever speak up again and continued being punished that week.

19. In or around 2007 as Jane Doe recalls her 6th-grade year she was made to attend the First View Event which meant she would have to help talk to all the prospective students that day for the day-long event and being in fear for when all the people left. That day, when she was forced to perform illegal immoral sexual acts fondling genitalia or be punished she felt this was problematic of a workplace to allow her to be there and the repetitive pattern of Michael Williams design bringing her an under age minor to place of employment for criminal activity brings up vicarious liability being an employee at NSU while committing criminal activity.
20. Williams used seditious means force Doe to use the NSU paperclips to harm herself in using the clips and paper clips to harm her breast, Williams would also make her use rubber bands off his desk to restrict blood flow to breast and using mutilation to harming her while on his hours on the campus working for Norfolk State University.
21. Williams forced the underage minor to take pictures on a cell phone in the bathroom and show him her minor nude photos from the bathroom while on the clock working for NSU.
22. Construction at the campus when Doe was in about the 7th grade, and they were undergoing transition of desks and constant moving of an office from a boxed off room at the back of two classrooms led to the isolation from lapsed time at the university. Prior to full transition of office spaces resulted in an occurance of fellatio at the University. The minor Jane Doe was forced to commit fellatio to then NSU employed Michael L. Williams IT dept faculty dept,
23. Upon the new construction on or around 2009 st age 13 -14 Jane was abused by the NSU employee Williams isolating and assaulting the minor during the duration of

time spent against her will at NSU. The intent of the high frequency accompaniment of Jane, orchestrates the opportunity to attack her in the dangerous environment like the clean room where lasers are.

24. Lack of employee policy guidelines to provide a structured environment led to the harboring of a minor and ongoing abuse occurring against Jane on the Norfolk State University campus, the property used as a bawdy place by the NSU employee.
25. On or around the year 2010 Jane Doe had a boyfriend in the 8th grade when she was about 14-15 years of age who also stayed at the University for an extended period where they were allowed to spend time together in a classroom. Michael L Williams the employee got upset for her behavior and Jane remembers punishment from Michael Williams for behavior the following week including a fellatio attack. Her boyfriend was so upset/ uncomfortable about being on campus for so long that he got his mom to come to pick him up leaving campus with his mom.
26. Throughout the years Michael Williams would intentionally be known at the University for being the first one to work and the last one to leave, creating a reputation and time frame which can incite the illegal sexual activity against the minor girl on the University campus over on or about the years of 2002 - 2012.
27. During the year 2011, Jane Doe was in 10th grade, while Williams showed off to his colleagues her pictures on Facebook about how mature she looked, embarrassing Doe by showing them pictures on his Blackberry. This technology was later a part of a major confiscation. Detectives in Currituck County 3/14/2016- 3/18/2016 used technology as forensic evidence against Williams with production and possession of

child pornography, Jane Doe's images of which were viewed during employment and viewed under the desk of their campus.

28. The following are buildings or names of events which she was forced to attend by the Norfolk State employee Michael Williams allowed by the University. William P. Robinson St. Tech Center, worked long hours on purpose to wait while everyone left. Construction years building was being worked on.

29. Jane recalls during her 8th-grade year when Mr. Williams had reached the point of ejaculation from vaginal penetration to the minor while in a locked classroom, while at Norfolk University with Jane Doe that led to semen body fluid appearing on his pants when he found that he took the rest of the day off to go back to North Carolina where he lived to cover up and change out of pants.

30. Holidays university closings where he had access to the University and had a keyless fob to access 24/7 during campus openings and closings summers.

31. Technology on campus changed to 24-hour access with a fob that would automatically open the doors to the university.

32. One holiday break in 2011 that year Jane was brought to the campus overnight for the purpose Williams said to pick up study books. He was supposed to be furthering his education. However, minor girl Jane Doe was forced after dark that night with his 24/7 campus access to have illegal sex and vaginal penetration by an NSU employee, this night was for the sole purpose for illegal sexual activity. Breaching and breaking the law putting each and everyone around him in harm's way.

33. Jane often to this day tells herself the ongoing torment at the University wouldn't have happened if the University had regulated their faculty in regulating oversight of

youth minors' access to the campus. She would not be kept against her will at NSU for these long durations of time, if the employee had been held liable or needed special permission to accompany youth visitors , proper oversight would prevent such damages.

34. On March 6 2012 Jane Doe told a friend at her school in NC about the abuse that was happening to her all these years she was moved away from the NSU employee and she fled from his guardianship where the investigation began against him that would later convict Michael Williams.

35. 2014 Michael Williams was convicted of Child sexual abuse in the Department of Social Services in Currituck North Carolina.

36. The case was sent to the North Carolina Superior Courts in March of 2016 where Michael Williams was finally convicted to prison for 24 years for illegal sexual exploitation of a child. Possession and production of child Pornographic materials from all technology was seized during the Currituck county, North Carolina forensic investigation of Williams.

37. During the Trial of March 2016 Norfolk State active employee Prathap Bassapah attended court to serve his testimony in support of the proven guilty Michael L. Williams. In his testimony he mentions how much he knew both Jane Doe and Michael Williams and how often he had seen them together and very often as a witness in favor of Michael Williams in the trial thus furthering damages from the University capacity to have Dr. Bassapah was a witness for Williams in the trial.

38. Vicarious liability of Virginia requires that the employee of an establishment has vicarious liability upon the employee actively being employed as well as committing an offense while actively within the scope of their job.

39. The lack of devised protocols in place to provide standards regarding family and peers underage minors allowed on campus caused Doe damages. This policy with guidelines
to prevent damages would have prevented the heinous acts committed on Norfolk State University by their employee on Campus to Jane Doe an under-age Caucasian minor.

40. "Due to property liability, employee productivity, and maintaining professional decorum, many companies clearly state that bringing your child to work is inappropriate and should be avoided, "says Erika Prafder of H Careers.com

41. 2018 Norfolk State gets exposed for their 2016 erroneously listed sexual assault reports as having 0 sexual assault incidences being scrutinized in the community as violating the Clery Act according to WAVY-TV 10.

## Damages

1. Long Term injury recovery - Jane Doe was born in Norfolk Virginia and has since prosecuted and convicted her abuser in a court of law and has not properly dealt with the horrid past and damages she's come away with but only wants to reclaim her outlook and more importantly the overall safety of the University and her home city.
2. The physiological damages from the sexual abuse happening on that campus have led to emotional stress.

3. Jane lives in fear, a state of loss, and is having to overcome her being a victim of harm that occurred at Norfolk State University, by the Norfolk State employee. Jane Doe, an advocate for Higher education, graduated from Old Dominion University.
4. Doe suffers from Post Traumatic Stress Disorder , insomnia and insurmountable grief and lifelong psychological trauma from the abuse that occurred at Norfolk State by the Norfolk State employee all those years. She has been unable to seek the proper psychological treatments to recover from abuse since then as an adult.
5. She was hospitalized at Sentara Leigh from trauma in 2017, the doctors said she had a stress breakdown from all the trauma, she unfortunately had no choice but to take over a week away from her studies from Old Dominion that Year.
6. Trauma is an ongoing recurrence, a part of P.T.S.D that will require overcoming the abuse that happened at that University. The Anxiety and worry of the times Jane Doe was abused by her guardian at Norfolk State University require healing. The ongoing and recurrent trauma is damage caused as a result of lack of oversight of Norfolk State University's employees and gross negligence.
7. Norfolk State University has a 0 tolerance policy for such illegal behavior. Their handbook and policy on record are as follows, Title IX at NSU James R Robinson "NSU fosters a safe learning and working environment that supports academic and professional growth of students, staff & faculty & does not tolerate sexual harassment, including violence in its community and is obligated to address incidents of which it has notice" Dr. Javaune Adams Gaston President.
8. Violations are of the following cases arising under the Mann Act; 18 U.S.C 2421,

V.S.C 18.2-355 Taking detaining etc person for prostitution etc or consenting thereto; human trafficking section 3 & 4. which In 1978, Congress updated the definition of "transportation" in the act, and added protection for minors of either sex against commercial sexual exploitation in 1978, Congress updated the definition of "transportation" in the act and added protection for minors of either sex against commercial sexual exploitation

9. Upon notice of the above-mentioned factual allegations and final addressing of incidents that occurred, Jane Doe calls for the following to be made whole from such damages of the nearly 9 - 10-year span of abuse. This is the notice to such president, Dr. Javaune Adams Gaston President which requires an obligation to address incidents of which are listed in this claim and said factual allegations.

10. Vicarious liability of Virginia requires that the employee of an establishment has vicarious liability upon the employee actively being employed as well as committing an offense while actively within the scope of their job.

11. WTKR harassment by coming to conduct an interview having the plaintiff rehash her entire trauma experiences at Norfolk State University, then covered up the case by not reporting the case as she stated intention. Margaret Kavanaugh for harassment to a federal witness where she conducted an interview and did not put the news out. Suing WTKR Scripps Company for damages to the case. Jane Doe has been physically assaulted during the duration of this pleading the court.

**PRAYER FOR RELIEF**

The plaintiff respectfully requests that this court:

1. Declare Norfolk State University as Negligent in their design of policies, issuance of campus safety, and employees' visitor oversight from security. According to The American Association of University Professors article titled, What Do We Know about Campus Policies on Children in the Workplace? An under-examined aspect of "family-friendly" policies. "Most Universities identify the purpose and scope of the policy and define terms such as *child*, *caregiver*, and *high-risk area*. The policies outline the contexts and times in which employees can bring their children to campus. Some are very specific, such as the following example: "Children of employees are allowed in the workplace for brief visits, generally no longer than two (2) hours." Others say that employees may bring children to the workplace "only occasionally with supervisor's approval." And still others forbid it, either strictly ("University employees are prohibited from bringing children on campus during work hours")
2. University publicly announced they were issuing new policy surrounding campus safety. Along with the settlement for damages Doe orders new policy be enforced for their employees. Such policy to encompass protections to the University environment at Norfolk State University. Doe commits to amicably work with them to design such a policy to further protect them from being used for sex trafficking as Jane Doe was Sexually trafficked to Norfolk State University by Norfolk State employee near or around a 10 year span of time.
3. Professors, faculty, maintenance personnel, security, and administrative staff are all employees of the university. As such, the institution has a duty of care to create a safe work environment and protect these persons situated on campus for any reason from workplace violence. Exposure to liabilities becomes much greater to all students, faculty

and staff in negligence while serial predation of a minor occurs by a faculty member on campus.

4. WASHINGTON, June 26 (Reuters) - The U.S. Supreme Court on Monday rejected Ohio State University's bid to dismiss lawsuits brought by alleged sexual abuse victims of a now-deceased doctor who was employed by the school's athletic department and medical staff for nearly two decades.
5. Ensure Norfolk State University requires policies in place preventing employees' youth and any minors from unreasonable and extraneous time on campus, that results in durations of time which would disrupt the working environment and lead to further liabilities like sexual immoral use. Update Code of Ethics, which was breached by NSU employee Williams during the time he was committing illegal immoral sexual acts against a minor where he should not be using funds, equipment, property, systems, information, time, or effort in one's position for personal gain which Williams violated.
6. Commend the valor in raising the issue and cause for reform in the workplace with due diligence for the greater good of the community and the State University in the Commonwealth of Virginia. Grant Doe an honorary Phd in Clinical Psychology for her profound amicable contributions to society and standard of professionalism and consciousness to improve measures of security of all youth minors with any association to the Campus.
7. The plaintiff asks to be granted the following amount for legal, medical costs, fees & damages from past, current, and future damages stated as the following Doe asks to resolve this sensitive matter. Including damage amounts for immense emotional, physiological & social damages of seventy-five million dollars for the past, and future

medical costs, lifelong damages, and fiscal losses today due to such psychological trauma that occurred to underage minor Jane Doe over the near around 9-10 year span of time where sexual abuse happened at 700 Park Ave, Norfolk, VA 23504 on Norfolk State University campus by the criminally convicted Michael Williams a Norfolk State employee during his employment.

8. The plaintiff seeks damages from E.W Scripps Company twenty million dollars for damage to my case. I have been physically assaulted as result of their lack of reporting. The WTKR reporter conducted an interview where I was told would be reported as well as brought before The NSU president to gather her opinion to be reported. The WTKR has refused a FOIA for the interview. The WTKR has caused damages to my case for not reporting the case as well as damage to emotional stress for conducting an interview that has no been issued to the public to help avoid crime being committed and giving the public updates to the Clery act which was violated those years during the crimes perpetrated to Jane Doe.

<u>Certificate of Service</u>

This Motion for forced settlement is been sent to the following addresses per the defendants located at

Mcguire Woods counsel for Norfolk State University :Gateway Plaza 800 E Canal St. Richmond VA 23219

NSU Office of The President 700 Park Ave, Norfolk, VA 23504

Signed Plaintiff(s),
Jane Doe

Jane Doe

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing (1) Norfolk State University (Counsel) Mcguire Woods, was mailed this (2) 11 Day of (3) September 2024 to (4) 700 Park Ave Norfolk VA 23504 800 Canal St. Richmond VA 23219 at (5) Mcguirewoods & NSU President.

(Your Signature)

**Instructions**

YOU must send a copy of every motion, pleading or document to the defendant(s) or counsel for defendant(s). If you do not send a copy to the defendant(s) or counsel for the defendant(s), the court will not be able to consider your document.

You must prepare and submit one certificate of service for EACH motion, pleading, or document you wish to have considered by the court.

Complete each blank as directed:

(1) Describe the document you are submitting to the court and sending to the defendant(s). (Remember: you should attach a Certificate of Service to each motion, pleading, or document you wish to have considered by the court.)

(2) Day of the month that you give the document to officials for mailing to the defendant(s) or counsel for the defendants(s).

(3) Month and year.

(4) Name of person(s) to whom you are sending a copy of the document. If you send it directly to the defendant(s), list each defendant to whom you send a copy. If you send it to counsel for the defendant(s), list only the name(s) of counsel.

(5) Address(es) that copy is being mailed to.

**NOTE:** YOU MUST SIGN THIS FORM. The court will not accept this form without an original signature.