UNITED STATES DISTRICT COURT : EASTERN DISTRICT OF VIRGINIA

JANE DOE

*Plaintiff,*

v. Case No.:# 2-23cv470

NORFOLK STATE UNIVERSITY,

BOARD OF VISITORS OF NORFOLK STATE UNIVERSITY,

*Defendant.*

This October 10 2024 Jane Doe Pro Se Plaintiff in fact files to quash the motion to dismiss as null and void because the Commonwealth of Virginia, I have a letter from the Virginia Attorney General office that the money has not been properly dispersed, the entire accounting of her property being taken in the case number .CL191173 from property being taken from me which means my 5th and 14th amendment of just compensation has not been made which means all these requests from each attorney state representative state counsel, state attorneys and all counsel attempting to quash this case as the proves survivor of this case which civil rights are being violated, the US constitutional rights of Jane Doe in Circuit Court are currently being violated in that property rights are being violated as the 5th and 14th requires due process and just compensation be made. Sergeant Nash of Isle of Wight Police Dept lied and Said JAne Doe was not in her grandfather's will when in fact she was conspiring to deprive her of her constitutional rights as a member of the US Government Sargeant NAsh OF Isle of Wight POlice Department. The letter from the Commonwealth of Virginia's office states her property was sold illegally depriving her 5th and 14th constitutional amendments and News Media including WTKR it's employees, supervisors, security, Norfolk Police dept. Overlooked and aided in the conspiring to cover up the Sex Trafficking of a minor at and to Norfolk State University. Jane Doe hereby pleads to pray for relief and mercy of the courts. Doe is a PTSD survivor and has

ongoing traumas of her hometown institution being Federally Funded. This Federally Funded The Following addendums are made to this Honorable Eastern District Federal Court this October 10, 2024 to continue to a trial date, settlement conference including damages to be made whole to the proven survivor who proves under *Nolo Contendere* is filing for such immediate response to move to such court advised settlements to plaintiff.

As Jane Doe is a proven survivor against Norfolk State employees and has further evidence to submit against multiple employees listed at Norfolk State University including current president Dr JAvaun Adams Gaston. Whom has been made aware of the crime and as a mandated reporter has not turned in the crime, she has not made a policy to instruct and follow required law which requires a minor on campus policy be  put in act as per Virginia State Code §63.2-1509 to report child abuse in a Unviersity. Because a proven guilty in the Criminal Justice system Norfolk State employee A one Michael Lee Williams Proven guilty in a Superior Circuit court system to finalize his duration as the only reason for the termination of his duration of tenure as a federally and state funded employee. The following mandated reporters are required to enact the following protections of minors as required by law to run and operate a government funded institution. President Javuaun Gaston knows under the state law that  §63.2-1509 t requires a policy be enacted and overseen by a Responsible Oversight Executive: Vice President for Administration and Finance at the University. The University furthermore violates the Clery Act: everytime they attempt to quash a proven survivor in court to conspire to commit further illegal violations to minors. Federal Statute 20 U.S.C. 1092(f), as amended - The Clery act. Code of Virginia Section 63.2-100, as amended, provides the definition of an abused or neglected child. To overlook the proven survivor of the terminated employee of which was convicted for such crime. The

Supervisor and employees following are in positions of power as well as Here is the authority of which the President as well as Board of Visitors are required to be upheld. Federal Statute 20 U.S.C. 1092(f), as amended - The Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act (the Clery Act), originally signed in 1990, requires colleges and universities participating in federal financial aid programs to maintain and disclose campus crime statistics and security information and implements regulations in the U.S. Code of Federal Regulations at 34 C.F.R. 668.46.

Code of Virginia Section 23.1-1301, as amended, grants authority to the Board of Visitors to make rules and policies concerning the institution. Section 6.01(a)(6) of the Board of Visitors Bylaws grants authority to the President to implement the policies and procedures of the Board relating to University operations.

Code of Virginia Section 2.2-1201.1, as amended, allows a state agency to require criminal background checks for persons in sensitive areas.

Code of Virginia Section 63.2-100, as amended, provides the definition of an abused or neglected child.

Code of Virginia Section 63.2-1509, as amended, requires that certain injuries to children be reported by physicians, teachers, etc., including any person employed by a public or private institution of higher education.

Virginia Department of Human Resource Management Policy 2.10 - Hiring, provides guidelines for an efficient and consistent competitive hiring process that promotes equal employment opportunity and a highly effective workforce.

Presidential Policy Directive 21 in conjunction with DOJ Memorandum January 30, 2016 on Use of National Crime Information Center, establishes the national policy on critical infrastructure security and resilience and led to the DOJ establishing visitor screening policies and procedures for critical infrastructure and operations.

The Following statute of The Convicted criminal terminated from NSU Norfolk State University for sole reason of Child Exploitation of a minor enacts a Nolo Contendere defendant plea as the testifying Witness of the NSU employee defendant week long trial where Williams was proven guilty of the counts of Sexual Exploitation of a minor using forensic evidence as well as testimonies. The testifying witness whom asked for work leave from NSU Norfolk State University whom Dr Prathap Basappa has tainted testimony as he was witness is tainted because of Williams convictions. Nolo Contendure to Gross Negligence, Prathap Basappa trafficked Jane Doe across State lines and told her to cooperate. He left youth minor Jane Doe unattended under his supervision. Dr PRathap Basappa allowed Jane Doe to be used as a work child worker and used for Educational purposes to prepare her for college. Dr Basappa treated Jane Doe as an intern or legal term a business invitee, University Invitee who has legal responsibility to ensure workplace safety, as JAne Doe was threatened by use of Federal and State funded lasers to kill JAne Doe if she did not cooperate with the Sex abuser proven guilty Michael Williams whom under direct supervision of Dr PRathap Basappa allowed Jane Doe to be used as a work slave

whom was sexually abused in closets, back rooms at norfolk state university during work hours of proven guilty Michael williams.

Jane Doe further reports that she has civil rights that are being violated and continuing to be violated. Motions to quash are null and void as the Commonwealth of Virginia's attorneys office has no immunity as well as nolo contendere. The court recognizes Jane Does property being taken without due process and just compensation as Flora Hazel wrote on behalf of the Commonwealth Attorney's office that executor to her inherited property had no right of sale. The Norfolk state University Board of Visitors all mandated reporters have a duty to report that negligence, gross negligence of the child abuse of a minor on campus by a state employee whom was allowed on campus by a supervisor Dr Prathap Bassappa and NSU Security as part of City of Norfolk Police Dept. Jane Doe did make aware to The NSU security that she was not MR Williams Daughter, and that she did not want to accompany him on campus that day , she was chided by Williams and NSU security proceeded to allow and unlock doors where JAne Doe was sexually abused on campus by The NSU employee. JAne Doe was abused on campus while business invitee to work for the FIRST VIEW events and also the work Dr Pasabba required as well as WIlliams. The Forensic evidence as part of the proven criminal convictions are still being looked over and the ongoing criminal investigations including violations of the Mann Act where a minor was brought across state lines for reasons for sex and child work violations. Here are neglected as Norfolk State employee recalls the following instances where she felt uncomfortable and a reasonable amount of cause to investigate and report as a mandated reporter to the suspicious behavior of NSU Norfolk State Employee Michael Williams. A Cheyrl Woolridge made complaints and correspondence with Jane Doe in Facebook Messenger. I have

Redacted the youth minor to file the messages being ascertained by Facebook Mark Zuckerburg of these messages. Dr. Prathap Bassapa , as well as Michael Williams deceived Jane Doe that Cheryl Woolridge had been fired and no longer worked at Norfolk State University to further isolate Jane Doe from the person of which was making relationships with JAne Doe and noticing suspicious behaviors. Jane Doe was deceived by Dr Bassapa and Michael Williams that Woolridge ( concerned university employee ) had been terminated to further isolate JAne Doe and tell her to cooperate with WIilliams and continue practicing to be a good student. Cheryrl Woolridge texts to show concern admission to share concern allegedly but in same breath advises me to not go after the groomer Dr PRathap Bassapa..

[redacted]

1:09 04:18 4G 24%

Cheryl

students or kids been involved

To fix we must start with the one left and a policy and he may have others that come forward once he is arrested

FEB 15, 2024 AT 4:44 PM

[redacted] you know I come to you with full honesty and common sense. You would have to prove that this was said or done by a tenured professor with no marks against him in his years here. He is very loved. What happened was Mike's issue. None of us knew what he was doing to you and god-knows who else. What did your step mom do or say about what he was doing? But I won't tell you not to but make sure you know what you're doing because he could counter sue

7/15

1:10 04:58 4G 24%

Cheryl

you to know you were a light
for me at a very dark place all
my interactions with you were
nothing but positive. I'm trying
to heal as a me too victim and
I'm healing still . Would you
mind thinking of times
anything you saw odd about
Mike relationship or the
amount of times I had to be
there with him bringing me to
his workplace . No rush in
remembering all the years you
might remember more than me
because I was so young. and
let me know now looking back
because I was harmed by him
happened to me in Virginia I
need people that knew us with
my"dad" if you saw any thing
even small about odd to be
with him or being there out of
place the kinds of requests or
things he would say about me .
Anything like that stick out to

8/15

1:10 04:55 4G 24%



Cheryl

OCT 9, 2020 AT 12:14 PM

Aww I appreciate that my brothers are good we are all grown now . I recognized you but it just clicked who u are ! I'm blessed and trying to maintain . Thank God well now I'm graduated thankfully and working . Cheryl I have some thing I want to share with you and see if you can recall because you were someone I could look forward to being there when I was brought to Virginia. Well I had some things going on in that family I was a part of I was afraid to say anything for a long time in fear. Somehow I got strength to talk about it and I broke down to tell my best friend all that happened to me and I got out of a very bad place. I want you to know you were a light

1:10 04:34 4G 24%

Cheryl

out . Crimes committed in Virginia I'm pursuing can you please take some time to take look back and think of that for me please

Anything out of procedure as a mom looking back now

I hope married life is going well for you

OCT 9, 2020 AT 1:04 PM

I can remember how he wanted you with him. He would brag on how computer savvy you were. You always had as weird smile to me it had a help me look. That's why I always pulled you with me. But he was very as I thought was protective but he would limit

10/115

1:10 05:09 4G 24%

Cheryl

response . Do u know the years u were employed working with him? Because I can't narrow down the time he was employed myself

OCT 9, 2020 AT 1:49 PM

You just jogged my memory I do remember a time you were trying to get me to walk somewhere across campus and was not making sense why he kept saying no wow yep u just jogged my memory things like that help

I'm going to get the exact year. I also remember how he acted like you wanted to be under him. But I saw something I your eyes that keep me watching out for you.

1:10 05:02 4G 24%

Cheryl

please take some time to take look back and think of that for me please

Anything out of procedure as a mom looking back now

I hope married life is going well for you

OCT 9, 2020 AT 1:04 PM

I can remember how he wanted you with him. He would brag on how computer savvy you were. You always had as weird smile to me it had a help me look. That's why I always pulled you with me. But he was very as I thought was protective but he would limit your time with other people. And that's just off the top of my mind.

1:10 05:13 4G 24%

Cheryl

n=Cheryl Woolridge&t=m

I am send you a surprise message. Open this Now

etrhealth.com

FEB 5, 2024 AT 2:09 PM

*You unsent a message*

Cheryl**:)

Hey Cheyrl:)

Hello baby girl how are you. Do you know if Mike is still alive.

1

13/15

FEB 6, 2024 AT 2:30 PM

Unfortunately since the correspondence with Cheyrl and Jane doe there since has not been made any minor on campus policy or and offer of settlement of damages, these instances of confessions by Norfolk State employee who witnessed the abuse and frequency on campus has been made aware and has confessed as well as nolo contendere to Norfolk State University to claim gross negligence and further commissions to commit Child Crimes against youth minor. These texts are confessions of guilt by Norfolk State University under nolo contendere of the proven guilty NSU employee as well as the confession to not report by mandated reporter once being made aware. Plaintiff files to move to a settlement conference and is amicable to sign a non disclosure agreement upon good faith settlement to make necessary changes as Minors on campus policy as state requires due diligence to maintain the law in Virginia as a state and Federally funded University. The University member Cheyrl Woolridge is attempting to harass and intimidate a witness into stop pursuing justice against Dr Pasabba has a clean record to stop pursuing criminal charges against acting members in the sex abuse and exploitation of minor Jane Doe at Norfolk STate University. WTKR conducted an anonymous interview and has further harassed Jane Doe by stating it will be published and brought before the president. The Lack of equal air time for the proven criminal and further investigations into the Sex trafficking at Norfolk State University is an attempt to cover up and conspire to further Sex Trafficking at Norfolk State University.

Jane Doe,

Jane Doe

Certificate of Service This day 10/10/2024 has been filed and sent VIA US MAIL to the following.

CC: Tonya White 770 Park Ave Norfolk VA 23504

Mcguire Woods Counsel for NSU 101 W Main St #9000, Norfolk, VA 23510

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true copy of the foregoing motion to move to settlement trial/conference Motion to quash defendants

(1) Norfolk State University & Mcguire Woods PLC, was mailed

this (2) 10 Day of (3) October 2024, to (4) 700 park Ave, Norfolk VA 23504 at (5) Mcguire Woods counsel address Norfolk VA. 101 W Main St. #9000 Norfolk VA 23510

Jane Doe
(Your Signature)

**Instructions**

YOU must send a copy of every motion, pleading or document to the defendant(s) or counsel for defendant(s). If you do not send a copy to the defendant(s) or counsel for the defendant(s), the court will not be able to consider your document.

You must prepare and submit one certificate of service for EACH motion, pleading, or document you wish to have considered by the court.

Complete each blank as directed:

(1) Describe the document you are submitting to the court and sending to the defendant(s). (Remember: you should attach a Certificate of Service to each motion, pleading, or document you wish to have considered by the court.)

(2) Day of the month that you give the document to officials for mailing to the defendant(s) or counsel for the defendants(s).

(3) Month and year.

(4) Name of person(s) to whom you are sending a copy of the document. If you send it directly to the defendant(s), list each defendant to whom you send a copy. If you send it to counsel for the defendant(s), list only the name(s) of counsel.

(5) Address(es) that copy is being mailed to.

NOTE: YOU MUST SIGN THIS FORM. The court will not accept this form without an original signature.