UNITED STATES DISTRICT COURT : EASTERN DISTRICT OF VIRGINIA

JANE DOE

*Plaintiff,*

v. Case No.:# 2-23cv470

NORFOLK STATE UNIVERSITY,

BOARD OF VISITORS OF NORFOLK STATE UNIVERSITY,

*Defendant.*

FILED
OCT 16 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**MOTION FOR LEAVE OF COURT**

On The 16 of October, 2024 Jane Doe files for the Leave of Court to submit written communications as filings. The diligent plaintiff is ongoing criminal investigations to defendants whose liabilities are under Vicarious liabilities of Norfolk State Employees currently employed, these filings pertinent to the crimes , violations of child work labor, Child exploitation, gross negligence, sex exploitation of a minor, violations of the Mann Act, attempted murder, threats to intimidate, conspire to sex traffic are all codes involved in the civil case listed in action no 2:23cv470 as required United States Chief District Judge Mark S. Davis has specified to obtain a leave of court if my party wishes to proceed more filings into this Honorable court as well as to the Defendant(s) to this case. The duty of care listed on or before in these pleadings in the before Oct 11, 2024 makes way for the Institution not having immunity to sex traffic youth minors to the said University State and Federally funded Campus. The 11th amendment becomes abrogated when the 5th and 14th are violated. Jane Doe is having her constitutional and civil rights violated. See electronic evidence of felony fraud with intent to obtain money or property 18-2.178. Where Jane's property is being taken illegally without due process or just compensation. Along with a letter stating the NSU employee misappropriated a will, distributing a property which was titled in Jane Does name under Last Will & Testament and devised she

could assume his entire estate upon her wishes. However she wasn't given this opportunity as she has an audio recording of Current Norfolk State employee Peter Glanville that is violating the plaintiffs 5th and 14th constitutional rights with fraud with intent to obtain property. Stating she was not an heir to the house and had no rights to this house, when in fact she owned as ¼ owner devised by final will and testament as well as property transfer deed, current employee Peter Glanville is violating her rights by fraud by false pretense, felony theft of property and an ongoing investigation where Sargeant NAsh of Isle of Wight County claimed in She not in the final will and Testament when she is listed equal heir. A case of damages of NSU employees that are convicted that worked and exploited the minor at NSU, the current employees violating rights there of the plaintiff. We can not set a precedent to rape underage minor children on campus where criminal was proven guilty to Exploitation of a minor. Upon which further NSU employee convictions and warrants are made, Jane Doe wishes to file those responses here to the Honorable court unless settlement made with policy , monetary settlement and honorary doctorate degree, or good faith settlement offer we are amicable to signing NDA non disclosure agreement upon the State institutions' amicability has reached civility as well as moral. We can not set a precedent to hush proven survivors trying to create viable change which can protect the livelihoods of our underage youth in The Commonwealth of Virginia.

The plaintiff seeks 120 million dollars in damages in a monetary settlement of good faith offer The Honorary Doctorate, and minor on Campus policy. The University has no minor on campus policy. The mandated reporters required and the law 63.2-1509

63.2-1509. Requirement that certain injuries to children be reported...

Virginia Law (.gov)

https://law.lis.virginia.gov › title 63.2 › section 63.2-1509 requires mandated reports. Norfolk State has been made aware of SExual abuse on campus by a proven survivor whom convicted the NSU employee, it is required to report, and make a policy to enforce the law otherwise be conspiring to commit sex trafficking and exploitation. The years of the abuse occurred when WAVY conducted an investigation into the fraud of numbers revealing the Clery Act proving more gross negligence by The University. JAne Doe appreciates the courts granting leave of court to submit filings to settle the damage suit to Jane Doe.

Jane Doe,

Jane Doe

Certificate of Service

CC: Tonya White 770 Park Ave Norfolk VA 23504

Mcguire Woods Counsel for NSU 101 W Main St #9000, Norfolk, VA 23510

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing

(1) NSU & NSU counsel Mcguire woods, was mailed

this (2) 16 Day of (3) 2024, to (4) 770 Park Ave Norfolk VA 23504 & at (5) 101 W Main St 9000 # Norfolk VA 23510

______________________.

(Your Signature)

**Instructions**

YOU must send a copy of every motion, pleading or document to the defendant(s) or counsel for defendant(s). If you do not send a copy to the defendant(s) or counsel for the defendant(s), the court will not be able to consider your document.

You must prepare and submit one certificate of service for EACH motion, pleading, or document you wish to have considered by the court.

Complete each blank as directed:

(1) Describe the document you are submitting to the court and sending to the defendant(s). (Remember: you should attach a Certificate of Service to each motion, pleading, or document you wish to have considered by the court.)

(2) Day of the month that you give the document to officials for mailing to the defendant(s) or counsel for the defendants(s).

(3) Month and year.

(4) Name of person(s) to whom you are sending a copy of the document. If you send it directly to the defendant(s), list each defendant to whom you send a copy. If you send it to counsel for the defendant(s), list only the name(s) of counsel.

(5) Address(es) that copy is being mailed to.

NOTE: YOU MUST SIGN THIS FORM. The court will not accept this form without an original signature.

UNITED STATES DISTRICT COURT : EASTERN DISTRICT OF VIRGINIA

JANE DOE

*Plaintiff,*

v.

Case No.:# 2-23cv470

NORFOLK STATE UNIVERSITY,

BOARD OF VISITORS OF NORFOLK STATE UNIVERSITY,

*Defendant.*

FILED

OCT 16 2024

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**MOTION FOR LEAVE OF COURT**

On The 16 of October, 2024 Jane Doe files for the Leave of Court to submit written communications as filings. The diligent plaintiff is ongoing criminal investigations to defendants whose liabilities are under Vicarious liabilities of Norfolk State Employees currently employed, these filings pertinent to the crimes , violations of child work labor, Child exploitation, gross negligence, sex exploitation of a minor, violations of the Mann Act, attempted murder, threats to intimidate, conspire to sex traffic are all codes involved in the civil case listed in action no 2:23cv470 as required United States Chief District Judge Mark S. Davis has specified to obtain a leave of court if my party wishes to proceed more filings into this Honorable court as well as to the Defendant(s) to this case. The duty of care listed on or before in these pleadings in the before Oct 11, 2024 makes way for the Institution not having immunity to sex traffic youth minors to the said University State and Federally funded Campus. The 11th amendment becomes abrogated when the 5th and 14th are violated. Jane Doe is having her constitutional and civil rights violated. See electronic evidence of felony fraud with intent to obtain money or property 18-2.178. Where Jane's property is being taken illegally without due process or just compensation. Along with a letter stating the NSU employee misappropriated a will, distributing a property which was titled in Jane Does name under Last Will & Testament and devised she

could assume his entire estate upon her wishes. However she wasn't given this opportunity as she has an audio recording of Current Norfolk State employee Peter Glanville that is violating the plaintiffs 5th and 14th constitutional rights with fraud with intent to obtain property. Stating she was not an heir to the house and had no rights to this house, when in fact she owned as ¼ owner devised by final will and testament as well as property transfer deed, current employee Peter Glanville is violating her rights by fraud by false pretense, felony theft of property and an ongoing investigation where Sargeant NAsh of Isle of Wight County claimed in She not in the final will and Testament when she is listed equal heir. A case of damages of NSU employees that are convicted that worked and exploited the minor at NSU, the current employees violating rights there of the plaintiff. We can not set a precedent to rape underage minor children on campus where criminal was proven guilty to Exploitation of a minor. Upon which further NSU employee convictions and warrants are made, Jane Doe wishes to file those responses here to the Honorable court unless settlement made with policy , monetary settlement and honorary doctorate degree, or good faith settlement offer we are amicable to signing NDA non disclosure agreement upon the State institutions' amicability has reached civility as well as moral. We can not set a precedent to hush proven survivors trying to create viable change which can protect the livelihoods of our underage youth in The Commonwealth of Virginia.

The plaintiff seeks 120 million dollars in damages in a monetary settlement of good faith offer The Honorary Doctorate, and minor on Campus policy. The University has no minor on campus policy. The mandated reporters required and the law 63.2-1509

63.2-1509. Requirement that certain injuries to children be reported...

Virginia Law (.gov)

https://law.lis.virginia.gov › title 63.2 › section 63.2-1509 requires mandated reports. Norfolk State has been made aware of SExual abuse on campus by a proven survivor whom convicted the NSU employee, it is required to report, and make a policy to enforce the law otherwise be conspiring to commit sex trafficking and exploitation. The years of the abuse occurred when WAVY conducted an investigation into the fraud of numbers revealing the Clery Act proving more gross negligence by The University. JAne Doe appreciates the courts granting leave of court to submit filings to settle the damage suit to Jane Doe.

Jane Doe,

Jane Doe

Certificate of Service

CC: Tonya White 770 Park Ave Norfolk VA 23504

Mcguire Woods Counsel for NSU 101 W Main St #9000, Norfolk, VA 23510

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing

(1) NSU & NSU counsel Mcguirewoods ,was mailed

this (2) 15 Day of (3) 2024, to (4) 770 Park Ave Norfolk VA 23504 & at (5) 101 W Main St 9000 # Norfolk VA 23510

_______________.

(Your Signature)

**Instructions**

YOU must send a copy of every motion, pleading or document to the defendant(s) or counsel for defendant(s). If you do not send a copy to the defendant(s) or counsel for the defendant(s), the court will not be able to consider your document.

You must prepare and submit one certificate of service for EACH motion, pleading, or document you wish to have considered by the court.

Complete each blank as directed:

(1) Describe the document you are submitting to the court and sending to the defendant(s). (Remember: you should attach a Certificate of Service to each motion, pleading, or document you wish to have considered by the court.)

(2) Day of the month that you give the document to officials for mailing to the defendant(s) or counsel for the defendants(s).

(3) Month and year.

(4) Name of person(s) to whom you are sending a copy of the document. If you send it directly to the defendant(s), list each defendant to whom you send a copy. If you send it to counsel for the defendant(s), list only the name(s) of counsel.

(5) Address(es) that copy is being mailed to.

**NOTE:** YOU MUST SIGN THIS FORM. The court will not accept this form without an original signature.