UNITED STATES DISTRICT COURT : EASTERN DISTRICT OF VIRGINIA

JANE DOE

*Plaintiff,*

v. Case No.:# 2-23cv470

NORFOLK STATE UNIVERSITY,

BOARD OF VISITORS OF NORFOLK STATE UNIVERSITY,

*Defendant.*

## MOTION TO MOVE TO TRIAL

The diligent plaintiff proven survivor moves this court to a settlement conference or trial. The plaintiff Jane Doe asks for the reasonable compensatory damages to be awarded. The Federally Funded Norfolk State University employees are not immune to crime that occurred at their job that is not within the purview of the scope of the job description. Such as 18 usc 1591.The plaintiff asks the counsel both The Attorney General's office and law firm office of McguireWoods to acknowledge the ruling made in Superior Court by Honorable Judge Fitch's March 18 2016 in North Carolina State Superior Court Jury ruling Norfolk State University employee was convicted guilty of child sexual exploitation. The minor victim Jane Doe was told to go to any jurisdiction out of the State of North Carolina where the guilty Michael Williams & supervisors & coworkers , Cheyrl Woolridge & Dr . Prathap Basappah & University personnel had exploited and neglected her at. Jane Doe was not represented by an attorney as a minor but by the state of North Carolina.

Jane Doe filed to this court October 10, 2024 the real facebook ascertained Text messages between current NSU Employee Cheryl Woolridge of knowledge proven guilty employee that she felt at her job something in Jane Does eyes "that made her want to protect her"

the underage minor being harbored forced to be at Norfolk State University, Cheryl Woolridge NSU employee says proven Guilty NSU worker Michael Williams "always wanted Jane Doe to be under him." She reported she while at her job felt obligated as well to watch out for under age minor at Norfolk State University. Cheyrl Woolridge validates the unnecessary frequency of Jane Doe's occurrence at the University by reportedly stating Michael Williams" always wanted Jane Doe there with him." October 9 2020 1:04 pm uncomfortable at her work place , instances where she was alarmed by the exploitative behavior NSU Michael Williams would perform as her co-worker at Norfolk State University. Jane Doe was told by Williams and Dr Pasabbah that Cheyrl Woolridge had left employment at NSU but she was still there. On October 10 , 2024 Jane Doe Pro Se litigant filed to this court correspondence between Cheryl Oct 9 2020 states Jane Doe had a "help me look" in her eyes while at the campus. These negligent actions prove that Jane Doe was grossly neglected on campus that had knowledge of Jane Doe being in Harm's way at the campus. The supervisor and convicted guilty of violations to Mann Act to bring her to Virginia from North Carolina for sex. The threats made to Jane Doe's life are criminal and the Laser Optical Engineering lab will be defunded and shut down as the lasers were used to harm , threaten Jane Doe life to intimidate and harm Jane Doe by death threats by laser if Jane Doe did not cooperate to sexual criminal orders by proven guilty. Dr Passabah told Jane Doe to cooperate with Michael Williams.

Jane Doe requests a meeting be set on the United States Federal Docket in the Federal Court chambers. Please sign and return your date to McguireWoods Counsel for NSU as well as Attorney General's office. Norfolk State is not immune to the crime that happened outside of the purview of the job description. The dates below to choose where you can attend.

You may reply to dates of which your presence can be made. There is no return to safety without first acknowledging the wrongdoing, moving towards following §63-2-1509 betterment there at this Federally Funded State University. To further commit covering up child sex exploitation that occurred at the University is to prepare to be defunded and shut down forever. To further attempt to quiet a proven survivor without settlement offer , and a minor on campus policy which §63-2-1509 requires be in place is to attempt to continue to commit further child sex exploitation of minors on campus. To further attempt to quiet a proven survivor without settlement offer , and a minor on campus policy to avoid reducing further liabilities from something this heinous from ever happening at the campus Norfolk State University. To continue moving towards settlement, This is your letter required via US Federal Court rules prior to reaching a monetary settlement amount for anguished mental physical social damages $120,000,000.00. Jane Doe to her government legal name as per non-disclosure protections for minor survivors of Child Sexual Exploitation by Norfolk State University employee to the minor at NSU. The settlement setting shall outline and sign to action a minor on campus policy as well as an amicable non-disclosure agreement upon good faith to follow the Virginia State Law §63-2-1509 report of abuse on campus. Jane Doe as a minor was promised a degree paid for by The University During the years where abuse occurred to her, Jane Doe requested an Honorary Doctorate Degree in Jane Doe's biological name. Norfolk State Held a Sex Exploitation Trafficking event November 13 2024. Jane Doe's personal college professor from Old Dominion University Tanya Gould hosts the event open to the Public. Jane Doe attended her former Old Dominion University professor event hosted at Norfolk State University where they asked and mentioned the policy " see Something , say Something" Jane Doe and the classroom were asked to see something say something. Jane Doe was trespassed during the event. Jane Doe is a pro se attorney with a right

to investigate and as a reporter to the news and public events. The Norfolk State police refused to make a report for Jane Doe of Norfolk State Employees Committing crimes that day and refused to make police reports of their employees crimes. Jane Doe got trespassed when asked to "See Something, Say Something" at a Public Forum event when asked to report about if we have seen something to speak up, once Jane Doe spoke up the campus she then got trespassed at the event, detained against her will , Doe had her hands held behind her back & surrounded by police who wouldn't file a report for the crimes on campus however treated Jane Doe as a criminal asking her to leave for see something say something to her own ODU professor's event on campus.

I, Jane Doe ask to set a date for the settlement trial conference to award compensatory damages. Sign and submit your selected date for the settlement conference. Or we wish to move to the trial docket. There is an active investigation by The Senior Investigator of the State Police going on currently as well as the North Carolina State Forensics who are ascertaining the order of forensic electronic evidence. Here are specific meeting requests dates. Select , sign and submit so the Courts can enter a motion submitted by the behalf of Jane Doe to be entered on the calendar. The full calendar is available by request and the plaintiff can be made available to set and execute this settlement accordingly even if you choose an unselected date below.

Friday December 20 2024

_________________________________yes I will attend

Friday December 27 2024

_________________________________yes I will attend

Monday January 6 2025

__________________________________yes I will attend

Wednesday January 8 2025

__________________________________yes I will attend

Wednesday January 15 2025

__________________________________yes I will attend

Thursday January 23 2025 .

__________________________________ yes I will attend

I Wish to attend a settlement conference on the following date __________,_____,_______ That the Honorable Court can place this case 223 cv 499 to the docket in a settlement hearing or criminal and civil trial continues to the civil unrest and lawlessness. Compensatory settlement to Jane Doe including instate policy protections over minors especially. This case requires Compensatory damages due for damages caused to proven survivor Jane Doe by the government Norfolk State University bawdy grounds which require mitigation.

Certificate of Service

Norfolk State University 700 Park Ave, Norfolk VA 23504 President Gaston

Mcguire Woods LLP

101 W Main St #9000, Norfolk, VA 23510

Jane Doe,