JANE DOE
120 Kidd Blvd. Norfolk VA 23502
*Plaintiff,*

FILED
MAR - 3 2025
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

v. Case No.:# 2-23cv470

NORFOLK STATE UNIVERSITY,
700 Park Ave, Norfolk, VA 23504

BOARD OF VISITORS OF NORFOLK STATE UNIVERSITY,

*Defendant.*

<u>Motion to Settle remaining settlement</u>

1. This March 2nd 2025, Jane Doe Files this day in The Honorable Eastern District Federal Court to settle the remaining monetary settlement for damages. Jane Doe for the remaining monetary settlement in the Eastern District Federal Court. In November 2024 as a result of the civil damages settlement Norfolk State enacted for the first time a Minors on Campus Policy as required by state law.
2. Prior to the Civil law suit 223 cv 470 the policy did not exist on campus. Plaintiff moves to monetary settlement as the University has agreed to terms of one of the settlements, This is an agreement to settle with plaintiff Jane Doe.
3. Norfolk State University makes an admission of a settlement in the pleading that is claiming to make a settlement. With the new Minors on Campus Policy, Jane Doe is seeking the remainder of the settlement be made a monetary settlement as prayed for relief for damages or Judgement awarding the amount for the damages to Jane Doe immediately.
4. Jane Doe hereby formally requests a settlement date offer in the mail or with the Honorable judge following process with the Federal court settlement process dictates

with the new minors on campus policy that The Norfolk State University is claiming to settle with Jane Doe for damages. Jane Doe at 120 Kidd Blvd. Norfolk VA 23502 moves the court for a motion to move to a settlement for monetary damage for 75 million dollars or settlement awarded by Honorable Judge presiding for monetary settlement for Jane Doe's damages.

5. Jane Doe in the original pleading requested an Honorary Doctorate from Norfolk State University. Jane Doe in the settlement with the court for settlement amount to her biological name as well as for Honorary Doctorate for purposes of it being used as a pseudonym for protection to Jane Doe ; however the courts process settlements to victims / plaintiffs for settlements keeping concealed identity to protect the plaintiff.
6. In November 2024 , as a result of this Lawsuit for settlement Norfolk State enacted for the first time a Minors on Campus Policy as required by state law. Prior to the Lawsuit 223 cv 470 the policy did not exist on campus.
7. Plaintiff moves to monetary settlement as the University has agreed to terms of one of the settlements, This is an agreement to settle with plaintiff Jane Doe. Please provide monetary settlement awarded to Jane Doe in the conference room or Honorable Judges chambers.

Jane Doe

Jane Doe

Certificate of Service This day 3/2/2025 has been filed and sent VIA US MAIL to the following.

CC: Tonya White 770 Park Ave Norfolk VA 23504

Mcguire Woods Counsel for NSU 101 W Main St #9000, Norfolk, VA 23510