FILED

MAR - 7 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

JANE DOE
120 Kidd Blvd. Norfolk VA 23502
*Plaintiff,*

v.

Case No.:# 2-23cv470

NORFOLK STATE UNIVERSITY,
700 Park Ave, Norfolk, VA 23504

March 7, 2025

BOARD OF VISITORS OF NORFOLK STATE UNIVERSITY,

*Defendant,*

**Motion for Judicial Court Ordered Settlement**

1. This March 7, 2025 Jane Doe proven survivor moves this motion for the earliest available court ordered Judicial Settlement to be in the Judge's chambers as court ordered settlement conference to be placed on the docket.
2. This case has been filed since 2023 with the long awaited settlement review to mitigate. For the proven survivor's best interest, and make it less painful for her to move on from the heinous crime she survived, we move to seek Honorable courts ordered earliest docket date to conclude settlement.
3. With no limitations that it can be court ordered to appear for docket dates, the plaintiff requests next day or next week docket hearings such as week of March 9, 10, 11, 12 or 14th. Or whichever is best for the Honorable courts suggested dates to administer a monetary settlement, NDA non disclosure agreements to restore emotional anguish to compensate the victim for the suffering that Jane experienced.
4. I speak for the entire youth body to protect each individual to prevent harms ever happening again at Norfolk State to a youth minor.

5. In November 2024 , as a result of this Lawsuit for settlement Norfolk State enacted for the first time a Minors on Campus Policy to enforce state laws. Prior to the Lawsuit 223 cv 470 the policy protecting the public did not exist on campus.
6. With the new Minors on Campus Policy, Jane Doe is a survivor of abuse from Norfolk State University employees , their property and the result of the environment at 700 Park Ave, Norfolk VA 23504. Conviction of child exploitation case No. COA16-855 against the Norfolk State employee , Jane Doe has not yet been settled with for the damages.
7. Jane Doe is seeking the remainder of the settlement mitigation including monetary settlement as prayed for relief for damages. This motion for judicial settlement Judge's ordered conference hearing for damages to Jane Doe to remain anonymous and be settled with Jane Doe.

Jane Doe

*Certificate of Service*

NORFOLK STATE UNIVERSITY,
700 Park Ave, Norfolk, VA 23504

Mcguire Woods LLP
101 W Main St #9000, Norfolk, VA 23510